CORNELIUS DRISCOLL, Respondent, *v.* CADILLAC HOTEL COMPANY, Appellant.

*Driscoll* v. *Cadillac Hotel Co.*, 158 App. Div. 933, affirmed.
(Argued October 19, 1915; decided November 16, 1915.)

APPEAL from a judgment, entered November 5, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff, through the negligence of the defendant, his employer. Plaintiff was injured by falling from a ledge on which he was standing engaged in cleaning windows of the defendant's hotel. His theory of the case is that the defendant was negligent in two particulars: 1. Negligence of the head houseman, Madden, intrusted with authority to direct, control and command, in ordering the plaintiff to clean the windows from the outside while standing unprotected on a narrow five-inch ledge. 2. Negligence of the defendant in failing to supply the plaintiff with any life belt or safety belt or guard or other device, contrivance or appliance, to prevent him from falling or slipping while doing his work as window cleaner, as appears by the bill of particulars and the notice of time, place and cause of the injury.

*George M. Pinney* and *Frederick W. Catlin* for appellant.

*Herbert C. Smyth, Joseph A. Burdeau, Roderic Wellman* and *Joseph W. Clausen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.